UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO ORTEZ (2),<br><br>Defendant. | Case No. 23-cr-1406-JO<br><br>[PROPOSED] PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment the United States sought forfeiture of all right, title and interest in firearms and ammunition of Defendant RICARDO ORTEZ ("Defendant"), pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) as firearms and ammunition involved in the violations of Title 18, United States Code, Section 922(g)(1) as set forth in Count 3 of the Indictment; and,

WHEREAS, on or about January 18, 2024, Defendant pled guilty before Magistrate Judge Karen S. Crawford to Count 3 of the Indictment, consented to the forfeiture allegations of the Indictment, and agreed pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) to forfeit all firearms and ammunition seized in connection with this case including, but not limited to the following:

    a.    Three (3) Cartridges of Western Super Mark 5 00B 12-gauge shotgun

1    ammunition; and

2    b.   One (1) Round of Winchester .308 ammunition; and

3    WHEREAS, on April 3, 2024, this Court accepted the guilty plea of Defendant;
4    and

5    WHEREAS, the following ammunition is currently in custody of the San Diego
6    Police Department:

7    a.   Three (3) Cartridges of Western Super Mark 5 00B 12-gauge shotgun
8         ammunition; and

9    b.   One (1) Round of Winchester .308 ammunition; and

10   WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture
11   addendum, the Court finds that the United States has established the requisite nexus
12   between the forfeited ammunition and the offense; and,

13   WHEREAS, the United States, having submitted the Order herein to the
14   Defendant through his attorney of record, to review, and no objections having been
15   received;

16   Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

17   1.   Based upon the guilty plea of the Defendant to Count 3 of the Indictment,
18   the United States is hereby authorized to take custody and control of the following
19   ammunition, which are currently in the custody of the San Diego Police Department,
20   and all right, title and interest of Defendant RICARDO ORTEZ in the following
21   ammunition are hereby forfeited to the United States pursuant to Title 18, United States
22   Code, Section 924(d)(1) Title 28, United States Code, Section 2461(c). The Court
23   further orders that the San Diego Police Department shall dispose of the ammunition
24   according to law, when no longer needed for evidence:

25   a.   Three (3) Cartridges of Western Super Mark 5 00B 12-gauge shotgun
26        ammunition; and

27   b.   One (1) Round of Winchester .308 ammunition.

28

2. No ancillary proceeds or further forfeiture action is required as to Defendant RICARDO ORTEZ for this criminal case.

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 4/12/24

Honorable Jinsook Ohta
United States District Judge